IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST LARKINS,<br><br>    Plaintiff,<br><br>  v.<br><br>PACIFICARE HEALTH SYSTEMS, INC.,<br><br>    Defendant.<br>_____/ | No. C 11-02981 WHA<br><br>**ORDER SETTING BRIEFING AND HEARING ON EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |

    Plaintiff has filed an *ex parte* motion for a temporary restraining order and a preliminary injunction. The Court must insist that defendant be given an opportunity to review the motion and respond before any action is taken. Plaintiff shall immediately **SERVE** the summons, complaint, and motion, along with all supporting papers and a copy of this order on defendant. A hearing on the motion will be held at **2:30 P.M. ON WEDNESDAY JUNE 22, 2011**, in Courtroom 9 on the 19th floor of the federal courthouse, 450 Golden Gate Avenue, San Francisco. Defendant so served is ordered to appear at that time if it intends to oppose entry of a TRO or preliminary injunction. Defendant may submit a brief in opposition to the application by **5:00 P.M. ON MONDAY JUNE 20, 2011**. There will be no reply brief.

    **IT IS SO ORDERED.**

Dated: June 17, 2011.

                                        WILLIAM ALSUP
                                        UNITED STATES DISTRICT JUDGE