IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ERNEST LARKINS,

    Plaintiff,

  v.

PACIFICARE HEALTH SYSTEMS, INC.,

    Defendant.

                               /

No. C 11-02981 WHA

**NOTICE REGARDING JUNE 22 HEARING**

     A hearing on plaintiff's motion for a temporary restraining order and preliminary injunction is set for 2:30 p.m. on June 22, 2011. On the afternoon of June 21, plaintiff's counsel filed a notice stating that plaintiff's health insurance has been reinstated and that, as a result, the motion "is moot and a hearing is no longer required" (Dkt. No. 14). This notification is appreciated. Counsel are advised, however, that the hearing will remain on calendar until plaintiff either withdraws the motion or files a proper dismissal notice pursuant to FRCP 41.

Dated: June 21, 2011.

                                          WILLIAM ALSUP
                                          UNITED STATES DISTRICT JUDGE